Filing # 110498332 E-Filed 07/20/2020 03:35:35 PM

IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.:
DIVISION:

IRENE ALONZO,

    Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY, a Foreign Profit Corporation and JOSHUA A. MOORE,

    Defendants.

_____/

## COMPLAINT

COMES NOW, the Plaintiff, IRENE ALONZO, by and through her undersigned counsel and sues the Defendants, USAA CASUALTY INSURANCE COMPANY, a Foreign Profit Corporation (hereinafter "USAA") and JOSHUA A. MOORE (hereinafter "MR. MOORE"), and alleges as follows:

### GENERAL ALLEGATIONS

1. This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00).

2. At all relevant times, Plaintiff, IRENE ALONZO (hereinafter "MS. ALONZO"), was an individual residing in Duval County, Florida.

3. At all relevant times, Defendant, USAA, was a foreign corporation authorized to conduct business within the State of Florida.

4. At all relevant times, Defendant, MR. MOORE, was an individual residing in Duval County, Florida.

ACCEPTED: DUVAL COUNTY, RONNIE FUSSELL, CLERK, 07/21/2020 07:50:35 AM

5. On or about the morning of November 30, 2017, Plaintiff, MS. ALONZO, was driving a 2001 Honda Odyssey mini-van, with a vehicle identification number of 2HKRL18681H511327 (hereinafter the "van").

6. On or about the morning of November 30, 2017, Defendant, MR. MOORE, was driving a 1998 Toyota Camry, with a vehicle identification number of 4T1BG22K5WU251964 (hereinafter the "Camry").

7. On or about the morning of November 30, 2017, Plaintiff, MS. ALONZO, was traveling westbound on SR-202 and entered the right turn lane to exit onto Belfort Road.

8. On or about the morning of November 30, 2017, Defendant, MR. MOORE, was following directly behind Plaintiff, MS. ALONZO, in the right turn lane to exit onto Belfort Road.

9. On or about the morning of November 30, 2017, Plaintiff, MS. ALONZO, came to a stop in the exit lane in order to wait for traffic to clear on Belfort Road.

10. On or about the morning of November 30, 2017, the Camry driven by Defendant, MR. MOORE, struck the rear of the van driven by Plaintiff, MS. ALONZO.

11. At the time of the collision, Plaintiff, MS. ALONZO, was properly wearing a shoulder and lap safety belt.

## COUNT I:  NEGLIGENCE OF JOSHUA A. MOORE

12. Plaintiff, MS. ALONZO, re-alleges and incorporates herein paragraphs 1 through 11 above.

13. At the time of the collision described above, Defendant, MR. MOORE, owed a duty to Plaintiff, MS. ALONZO, to operate and maintain his Camry with reasonable care.

14. Defendant, MR. MOORE, negligently breached this duty when he carelessly allowed his Camry to strike the rear of the van.

15. As a direct and proximate result of Defendant, MR. MOORE's, negligence, Plaintiff, MS. ALONZO, sustained a permanent bodily injury within a reasonable degree of medical probability, a significant permanent loss of an important bodily function, and an aggravation of a pre-existing condition, all resulting in pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical, nursing care and treatment, lost wages and loss of earning capacity. Those losses, having occurred in the past, are permanent, and will also continue in the future.

WHEREFORE, Plaintiff, IRENE ALONZO, demands judgment against Defendant, JOSHUA A. MOORE, for compensatory damages, taxable costs, and such other relief as this Court may deem just and proper. Plaintiff, IRENE ALONZO, demands trial by jury on all issues so triable.

## COUNT II: INSURANCE BENEFITS WITH USAA CASUALTY INSURANCE COMPANY

16. Plaintiff, MS. ALONZO, re-alleges and incorporates herein paragraphs 1 through 15 above.

17. On or about November 30, 2017, Defendant, USAA, provided automobile insurance coverage to Plaintiff, MS. ALONZO, under automobile insurance policy number 01882-93-91C-7101-4 (hereinafter the "USAA policy").

18. On or about June 12, 2018, Plaintiff, MS. ALONZO, requested a copy of her USAA policy from Defendant, USAA, Pursuant to Fla.Stat. §627.4137.

19. Defendant USAA has demanded $25.00 in order for Plaintiff, MS. ALONZO, to receive a copy of her USAA policy.

20. The USAA policy is stored electronically by Defendant, USAA, and could simply be emailed to Plaintiff, MS. ALONZO.

21. To date, Defendant, USAA, has failed to provide a copy of the USAA policy to Plaintiff, MS. ALONZO.

22. The USAA policy was in full force and effect at the time Defendant, MR. MOORE, negligently operated or maintained his motor vehicle and carelessly rear-ended Plaintiff, MS. ALONZO, and caused her damages.

23. At the time of the collision, the USAA policy contained uninsured / underinsured motorist coverage in the amount of three hundred thousand dollars ($300,000.00).

24. Defendant, MR. MOORE, did not maintain adequate motor vehicle liability insurance to fully compensate Plaintiff, MS. ALONZO, for the injuries and damages resulting from the November 30, 2017 collision. Consequently, Defendant's, MR. MOORE's, vehicle is an uninsured or underinsured auto within the terms of the USAA policy.

25. The November 30, 2017 collision and ensuing injuries and damages complained of by Plaintiff, MS. ALONZO, were the direct and proximate result of the Defendant's, MR. MOORE's, negligent operation or maintenance of his uninsured or underinsured auto, all within the meaning of the USAA policy.

26. Plaintiff, MS. ALONZO, is entitled to make a claim for uninsured or underinsured motorist benefits under the policy issued by Defendant, USAA.

27. Defendant, USAA, has disputed the amount of damages to which Plaintiff, MS. ALONZO, is entitled. As such, Defendant USAA, has failed to pay the benefits to which Plaintiff, MS. ALONZO, is entitled.

28.     Plaintiff, MS. ALONZO, has complied with all of the requirements of said policy that were applicable by law.

WHEREFORE, Plaintiff, IRENE ALONZO, demands judgment against Defendant, USAA Casualty Insurance Company, for compensatory damages, taxable costs, and such other relief as this Court may deem just and proper. Plaintiff, IRENE ALONZO, demands trial by jury on all issues so triable.

Dated this 20th day of July, 2020.

ABBOTT LAW GROUP, P.A.

*/s/ Forrest M. Abbott*
FORREST M. ABBOTT, ESQ.
Florida Bar No.: 92228
2929 Plummer Cove Road
Jacksonville, FL 32223
Phone: (904) 292-1111
Fax: (904) 292-1220
Counsel for Plaintiff